# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ADELL WATTS, | : | |
| Plaintiff, | : | Case No. 3:05CV168 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| JO ANNE B. BARNHART,[1] | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

1.  The Report and Recommendations filed on November 27, 2007 (Doc. #19) is ADOPTED;

2.  Plaintiff's Motion For Attorney Fees Under EAJA, 28 U.S.C. §2412(d) (Doc. #14) is GRANTED in part as to Plaintiff's entitlement to an award of attorney fees under the EAJA;

3.  Plaintiff's Motion For Attorney Fees (Doc. #14) is DENIED as to the total amount she seeks;

4.  Plaintiff is granted an award of attorney fees under the EAJA in the total amount of $2,787.87; and

---

[1]  The proper-party defendant is Michael J. Astrue, the present Commissioner of the Social Security Administration.  For docketing continuity, the caption of this case will remain the same.

     5.       The case remain terminated on the docket of this Court.


December 18, 2007                             **s/THOMAS M. ROSE**

                                       _____
                                          Thomas M. Rose
                                  United States District Judge